AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Jose Torres | ) |
| _Plaintiff_ | ) ) ) |
| v. | )     Civil Action No.   1: 19-CV-3493 (BMC) |
| United Talmudical Academy of Boro Park, Inc.; et. al. | ) ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**United Talmudical Academy of Boro Park, Inc.**      **United Talmudical Academy Torah V'Yirah Rabbinical, Inc.**
**123 Clara Street**                                                            **82 Lee Avenue**
**Brooklyn, NY 11218**                                                   **Brooklyn, NY 11211-7900**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) XXXXXX days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney. whose name and address are:

> Gibb Surette, Esq.
> Brooklyn Legal Services
> 105 Court Street, Floor 4
> Brooklyn, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____06/18/2019_____          _____ W. Latka-Mucha
                                                                     *Signature of Clerk or Deputy Clerk*